| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __9/2/2020__ |

**CRUZ**, *on behalf of himself and all others similarly situated*,

                            **Plaintiff,**

                  -against-

**LUCCHESE, INC.,**

                            **Defendant.**

**1:20-cv-05967-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff is ORDERED to file a response to Defendant's letter, ECF No. 6, on or before September 4, 2020.

**SO ORDERED.**

**Dated**:  September 2, 2020
             New York, New York

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**